**G. S. Hardy et al., appellants, v. W. S. Jones et al., appellees.**

Bill for mandatory injunction. Dismissed for want of equity. Appeal from the Circuit Court of Edgar county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed May 2, 1923.

George W. Bristow, State's Attorney, and Wilber H. Hickman, for appellants. Stewart W. Kincaid and James K. Lauher, for appellees.

Per Curiam.

---

# FOURTH DISTRICT.

---

**The People of the State of Illinois ex rel. Florence E. Elam, appellee, v. George Stanberry, appellant.**

Complaint in bastardy. Verdict finding defendant to be father of the child of prosecuting witness. Judgment accordingly. Appeal from the County Court of Bond county; the Hon. W. H. Hubbard, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed July 2, 1923.

F. M. Guinn, for appellant. J. H. Alliv and Jond D. Biggs, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

**Audra Cunningham, appellee, v. Clyde Cunningham, appellant.**

Bill for separate maintenance for extreme and repeated cruelty. Judgment for complainant. Appeal from the Circuit Court of Wayne county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1923. Reversed and remanded. Opinion filed July 2, 1923.

Creighton & Thomas, for appellant. Roscoe Forth, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.